SAMUEL RUBIN & SON, INC., Respondent, *v.* ALBERT SACKLER, Appellant.

Supreme Court, Appellate Term, First Department, December 18, 1947.

*Stanley Winston* for appellant.

*C. Arthur Arnstein* for respondent.

MEMORANDUM *Per Curiam.* The appellant was a member of the immediate family of the tenant and upon her decease he did not become a squatter, any more than upon the death of the head of a family the rest of the family would be considered as squatters.

The final order should be reversed, with $30 costs, and final order awarded appellant dismissing the petition on the merits, with costs. Appeal by landlord dismissed.

HAMMER, HOFSTADTER and HECHT, JJ., concur.

Final order reversed, etc.